# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| Greg Davis and Linda Myers )<br><br>v. )<br><br>Mercedes-Benz USA, LLC ) | Case No.: 2:21-CV-00174-KJM-KJN |

## BILL OF COSTS

Judgment having been entered in the above entitled action on   05/27/2022   against   Mercedes-Benz USA, LLC   ,
                                                                *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 435.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 466.25 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,111.60 |
| TOTAL | $ 6,012.85 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service             ☐ First class mail, postage prepaid

☐ Other:  _____

s/ Attorney:   /s/Gregory Sogoyan

Name of Attorney: Gregory Sogoyan

For:   Greg Davis and Linda Myers                                 Date:   05/06/2022
       *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*          *Deputy Clerk*          *Date*

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# PLAINTIFFS' COUNSEL'S COSTS AND EXPENSES

## Fees of the Clerk and Service

| | | |
|---|---|---|
| 12/28/2020 | Court Filing Fee: | $435.00 |
| 12/28/2020 | Court Filing Service Charge | $48.75 |
| 05/03/2021 | File Proof of Service | $22.50 |

Total: 506.25

## Subpoena on Witness and Summons

| | | |
|---|---|---|
| 04/13/2021 | Service on a Registered Agent | $30.00 |
| 10/18/2021 | MB of Sacramento PMQ | $45.00 |
| 10/20/2021 | MB of Sacramento Tech No. 1184 | $45.00 |
| 10/20/2021 | MB of Sacramento Tech No. 1884 | $45.00 |
| 10/20/2021 | MB of Sacramento Tech No. 1813 | $45.00 |
| 10/21/2021 | MB of Sacramento Tech No. 1559 | $95.00 |
| 10/21/2021 | MB of Sacramento Tech No. 3061 | $45.00 |
| 10/21/2021 | MB of Sacramento Tech No. 1588 | $45.00 |

Total: $395.00

## Expert Witness

| | | |
|---|---|---|
| 12/14/2021 | Plaintiffs' Retained Expert Witness, Darrell Blasjo | $5,012.85 |

## Other Administrative/Office Fees

Total: $98.75

**TOTAL:** **$6,012.85**

# FEES OF THE CLERK

| CONFIRMATION FOR COURT FILING | ONE LEGAL LLC |  |
|---|---|---|

**This is not an Invoice**

| ONE LEGAL CONFIRMATION FOR ORDER NO.: | 15589033 | DATE: 12/28/2020 |
|---|---|---|

| | |
|---|---|
| **Customer:** Quill & Arrow, LLP | **Attorney:** Kevin Jacobson |
| **Customer No.:** 0131828 | **Attorney e-mail:** kjacobson@quillarrowlaw.com |
| **Address:** 10900 Wilshire Blvd. Suite 300, Los Angeles, CA 90024 | **Contact:** Sharon Choi |
| | **Contact e-mail:** secretary@quillarrowlaw.com |
| | **Contact Phone:** (562)245-2530 |
| | **Contact Fax:** |
| | **Law Firm File No.:** Davis, Greg v. MB |

**CASE INFORMATION:**

**Case Number:**
**County:** Sacramento
**Court:** Sacramento
**Case Short Title:** Greg Davis and Linda Myers vs. Mercedes-Benz USA, LLC

| DOCUMENTS RECEIVED: | No. Docs: 3 | No. Pgs: 11 |
|---|---|---|

Complaint, Civil Case Cover Sheet, Summons

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| | Court Filing Fee | 435.00 |
| | Court Filing Service Charge, 1 - 15 Pages | 48.75 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 483.75 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.
Customer Support I Ph: 1-800-938-8815

# CONFIRMATION FOR COURT FILING

# ONE LEGAL LLC



**This is not an Invoice**

| ONE LEGAL CONFIRMATION FOR ORDER NO.: | 16155792 | DATE: 05/03/2021 |
|---|---|---|

| | |
|---|---|
| **Customer:** Quill & Arrow, LLP | **Attorney:** Kevin Jacobson |
| **Customer No.:** 0131828 | **Attorney e-mail:** kjacobson@quillarrowlaw.com |
| **Address:** 10900 Wilshire Blvd. Suite 300, Los Angeles, CA 90024 | **Contact:** Sharon Choi |
| | **Contact e-mail:** secretary@quillarrowlaw.com |
| | **Contact Phone:** (562)245-2530 |
| | **Contact Fax:** |
| | **Law Firm File No.:** Davis, Greg v. MB |

**CASE INFORMATION:**

- **Case Number:** 34-2020-00290500
- **County:** Sacramento
- **Court:** Sacramento
- **Case Short Title:** Greg Davis, et al. vs. Mercedes-Benz USA, et al.

**DOCUMENTS RECEIVED:**     **No. Docs:** 0     **No. Pgs:** 0

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| | File Proof of Service | 22.50 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 22.50 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.

Customer Support I Ph: 1-800-938-8815

# FEES FOR SERVICE OF SUMMONS AND SUBPOENAS

| CONFIRMATION For Process Serving | ONE LEGAL LLC  |
|---|---|
| | **This is not an Invoice** |

| ONE LEGAL CONFIRMATION FOR ORDER NO.: | 17070225 | DATE: | 10/20/2021 |
|---|---|---|---|

| **Customer:** Quill & Arrow, LLP | **Attorney:** Kevin Jacobson |
|---|---|
| **Customer No.:** 0131828 | **Attorney e-mail:** kjacobson@quillarrowlaw.com |
| **Address:** Los Angeles, CA 90024 | **Contact:** Nicholas Yowarski |
| | **Contact e-mail:** nyowarski@quillarrowlaw.com |
| | **Contact Phone:** (310) 933-4271 |
| | **Contact Fax:** |
| | **Law Firm File No.:** Davis, Gregory et al v MB |

**CASE INFORMATION:**

| **Case Number:** | 2:21-CV-00174-KJM-KJN |
|---|---|
| **County:** | |
| **Court:** | United States District Court, Eastern District of California |
| **Case Short Title:** | Gregory Davis, et al. vs. Mercedes-Benz USA, LLC, et al. |

| **DOCUMENTS RECEIVED:** | | **No. Docs:** 2 | **No. Pgs:** 8 |
|---|---|---|---|

Subpoena to Testify at a Deposition in a Civil Action; Plaintiff's Notice of Taking Deposition

| **Party to Serve:** Mercedes-Benz of Sacramento's Technician # 1184 | **Service Address:** 1810 Howe Ave Sacramento, CA 95825 |
|---|---|

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| **Notes:** | **Services:** | **Summary of Charges:** |
|---|---|---|
| Service Status:   Service Complete | Witness Fees | 35.00 |
| Per customer request, please subserve the documents for order numbers 17070133, 17070287, 17070225, 17070175, 17070195, 17070259.<br>Sent POS for signature. | Served Additional Entities | 10.00 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 45.00 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.

Customer Support I Ph: 1-800-938-8815

# CONFIRMATION For Process Serving

# ONE LEGAL LLC



**This is not an Invoice**

| ONE LEGAL CONFIRMATION FOR ORDER NO.: | 17070195 | DATE: | 10/21/2021 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Customer:** | Quill & Arrow, LLP | **Attorney:** | Kevin Jacobson |
| **Customer No.:** | 0131828 | **Attorney e-mail:** | kjacobson@quillarrowlaw.com |
| **Address:** | Los Angeles, CA 90024 | **Contact:** | Nicholas Yowarski |
| | | **Contact e-mail:** | nyowarski@quillarrowlaw.com |
| | | **Contact Phone:** | (310) 933-4271 |
| | | **Contact Fax:** | |
| | | **Law Firm File No.:** | Davis, Gregory et al v MB |

**CASE INFORMATION:**

| | |
|---|---|
| **Case Number:** | 2:21−CV−00174−KJM−KJN |
| **County:** | |
| **Court:** | United States District Court, Eastern District of California |
| **Case Short Title:** | Gregory Davis, et al. vs. Mercedes-Benz USA, LLC, et al. |

| **DOCUMENTS RECEIVED:** | | **No. Docs:** | 2 | **No. Pgs:** | 8 |
|---|---|---|---|---|---|

Subpoena to Testify at a Deposition in a Civil Action; Plaintiff's Notice of Taking Deposition

| **Party to Serve:** | Mercedes-Benz of Sacramento's Technician #1559 | **Service Address:** | 1810 Howe Ave Sacramento, CA 95825 |
|---|---|---|---|

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| **Notes:** | **Services:** | **Summary of Charges:** |
|---|---|---|
| Service Status: Service Complete | Witness Fees | 35.00 |
| | Process Serving - Three Day | 60.00 |
| Per customer request, please subserve the documents for order numbers 17070133, 17070287, 17070225, 17070175, 17070195, 17070259.<br>Sent POS for signature. | | |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 95.00 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.

Customer Support I Ph: 1-800-938-8815

| CONFIRMATION For Process Serving | ONE LEGAL LLC |  |
|---|---|---|

**This is not an Invoice**

| ONE LEGAL CONFIRMATION FOR ORDER NO.: | 15589034 | DATE: | 04/13/2021 |
|---|---|---|---|

| | |
|---|---|
| **Customer:** Quill & Arrow, LLP | **Attorney:** Kevin Jacobson |
| **Customer No.:** 0131828 | **Attorney e-mail:** kjacobson@quillarrowlaw.com |
| **Address:** Los Angeles, CA 90024 | **Contact:** Sharon Choi |
| | **Contact e-mail:** secretary@quillarrowlaw.com |
| | **Contact Phone:** (562)245-2530 |
| | **Contact Fax:** |
| | **Law Firm File No.:** Davis, Greg v. MB |

**CASE INFORMATION:**

| | |
|---|---|
| **Case Number:** | 34-2020-00290500 |
| **County:** | Sacramento |
| **Court:** | Superior Court of California, Sacramento County |
| **Case Short Title:** | Greg Davis, et al. vs. Mercedes-Benz USA, et al. |

| DOCUMENTS RECEIVED: | No. Docs: 4 | No. Pgs: 12 |
|---|---|---|

Complaint, Civil Case Cover Sheet, Summons, Order RE: Delay in Scheduling Initial Case Management Conference

| **Party to Serve:** Mercedes-Benz USA, LLC, a Delaware Limited Liability Company | **Service Address:** 818 West Seventh Street, Suite 930 Los Angeles, CA 90017 |
|---|---|

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status:   Service Complete | Service on a Registered Agent (CT or CSC) | 30.00 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 30.00 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.
Customer Support I Ph: 1-800-938-8815

<he<he

| CONFIRMATION For Process Serving | ONE LEGAL LLC |  |
|---|---|---|

**This is not an Invoice**

| ONE LEGAL CONFIRMATION FOR ORDER NO.: | 17070287 | DATE: | 10/20/2021 |
|---|---|---|---|

| **Customer:** Quill & Arrow, LLP | **Attorney:** Kevin Jacobson |
|---|---|
| **Customer No.:** 0131828 | **Attorney e-mail:** kjacobson@quillarrowlaw.com |
| **Address:** Los Angeles, CA 90024 | **Contact:** Nicholas Yowarski |
| | **Contact e-mail:** nyowarski@quillarrowlaw.com |
| | **Contact Phone:** (310) 933-4271 |
| | **Contact Fax:** |
| | **Law Firm File No.:** Davis, Gregory et al v MB |

**CASE INFORMATION:**

| **Case Number:** | 2:21-CV-00174-KJM-KJN |
|---|---|
| **County:** | |
| **Court:** | United States District Court, Eastern District of California |
| **Case Short Title:** | Gregory Davis, et al. vs. Mercedes-Benz USA, LLC, et al. |

| **DOCUMENTS RECEIVED:** | **No. Docs:** 2 | **No. Pgs:** 8 |
|---|---|---|

Subpoena to Testify at a Deposition in a Civil Action; Plaintiff's Notice of Taking Deposition

| **Party to Serve:** Mercedes-Benz of Sacramento's Technician # 1884 | **Service Address:** 1810 Howe Ave<br>Sacramento, CA 95825 |
|---|---|

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| **Notes:** | **Services:** | **Summary of Charges:** |
|---|---|---|
| Service Status:   Service Complete | Served Additional Entities | 10.00 |
| | Witness Fees | 35.00 |
| Per customer request, please subserve the documents for order numbers 17070133, 17070287, 17070225, 17070175, 17070195, 17070259.<br>Sent POS for signature. | | |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 45.00 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.
Customer Support I Ph:  1-800-938-8815

# CONFIRMATION For Process Serving

# ONE LEGAL LLC



**This is not an Invoice**

| | | |
|---|---|---|
| **ONE LEGAL CONFIRMATION FOR ORDER NO.:** | **17070259** | **DATE:** 10/21/2021 |

| | |
|---|---|
| **Customer:** Quill & Arrow, LLP | **Attorney:** Kevin Jacobson |
| **Customer No.:** 0131828 | **Attorney e-mail:** kjacobson@quillarrowlaw.com |
| **Address:** Los Angeles, CA 90024 | **Contact:** Nicholas Yowarski |
| | **Contact e-mail:** nyowarski@quillarrowlaw.com |
| | **Contact Phone:** (310) 933-4271 |
| | **Contact Fax:** |
| | **Law Firm File No.:** Davis, Gregory et al v MB |

**CASE INFORMATION:**

| | |
|---|---|
| **Case Number:** | 2:21−CV−00174−KJM−KJN |
| **County:** | |
| **Court:** | United States District Court, Eastern District of California |
| **Case Short Title:** | Gregory Davis, et al. vs. Mercedes-Benz USA, LLC, et al. |

| **DOCUMENTS RECEIVED:** | **No. Docs:** 2 | **No. Pgs:** 8 |
|---|---|---|

Subpoena to Testify at a Deposition in a Civil Action; Plaintiff's Notice of Taking Deposition

| **Party to Serve:** Mercedes-Benz of Sacramento's Technician # 3061 | **Service Address:** 1810 Howe Ave, Sacramento, CA 95825 |
|---|---|

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| **Notes:** | **Services:** | **Summary of Charges:** |
|---|---|---|
| **Service Status:** Service Complete | Served Additional Entities | 10.00 |
| | Witness Fees | 35.00 |
| Per customer request, please subserve the documents for order numbers 17070133, 17070287, 17070225, 17070175, 17070195, 17070259. Sent POS for signature. | | |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 45.00 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.

Customer Support I Ph: 1-800-938-8815

| CONFIRMATION For Process Serving | ONE LEGAL LLC |  |

**This is not an Invoice**

| ONE LEGAL CONFIRMATION FOR ORDER NO.: | 17070088 | DATE: | 10/18/2021 |

| | | |
|---|---|---|
| **Customer:** Quill & Arrow, LLP | **Attorney:** Kevin Jacobson | |
| **Customer No.:** 0131828 | **Attorney e-mail:** kjacobson@quillarrowlaw.com | |
| **Address:** Los Angeles, CA 90024 | **Contact:** Nicholas Yowarski | |
| | **Contact e-mail:** nyowarski@quillarrowlaw.com | |
| | **Contact Phone:** (310) 933-4271 | |
| | **Contact Fax:** | |
| | **Law Firm File No.:** Davis, Gregory et al v MB | |

**CASE INFORMATION:**

| | |
|---|---|
| **Case Number:** | 2:21-CV-00174-KJM-KJN |
| **County:** | |
| **Court:** | United States District Court, Eastern District of California |
| **Case Short Title:** | Gregory Davis, et al. vs. Mercedes-Benz USA, LLC, et al. |

| **DOCUMENTS RECEIVED:** | **No. Docs:** 2 | **No. Pgs:** 12 |

Subpoena to Testify at a Deposition in a Civil Action; Plaintiff's Notice of Taking Deposition

| **Party to Serve:** Mercedes-Benz of Sacramento PMQ | **Service Address:** 1810 Howe Ave, Sacramento, CA 95825 |

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| **Notes:** | **Services:** | **Summary of Charges:** |
|---|---|---|
| Service Status: Service Complete | Witness Fees | 35.00 |
| Sent POS for signature. | Served Additional Entities | 10.00 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 45.00 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.
Customer Support I Ph: 1-800-938-8815

# CONFIRMATION For Process Serving

## ONE LEGAL LLC



**This is not an Invoice**

**ONE LEGAL CONFIRMATION FOR ORDER NO.:** 17070133  **DATE:** 10/21/2021

| | |
|---|---|
| **Customer:** Quill & Arrow, LLP | **Attorney:** Kevin Jacobson |
| **Customer No.:** 0131828 | **Attorney e-mail:** kjacobson@quillarrowlaw.com |
| **Address:** Los Angeles, CA 90024 | **Contact:** Nicholas Yowarski |
| | **Contact e-mail:** nyowarski@quillarrowlaw.com |
| | **Contact Phone:** (310) 933-4271 |
| | **Contact Fax:** |
| | **Law Firm File No.:** Davis, Gregory et al v MB |

### CASE INFORMATION:

**Case Number:** 2:21-CV-00174-KJM-KJN
**County:**
**Court:** United States District Court, Eastern District of California
**Case Short Title:** Gregory Davis, et al. vs. Mercedes-Benz USA, LLC, et al.

**DOCUMENTS RECEIVED:**  **No. Docs:** 2  **No. Pgs:** 8

Subpoena to Testify at a Deposition in a Civil Action; Plaintiff's Notice of Taking Deposition

**Party to Serve:** Mercedes-Benz of Sacramento's Technician # 1588
**Service Address:** 1810 Howe Ave, Sacramento, CA 95825

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status:   Service Complete | Witness Fees | 35.00 |
| Per customer request, please subserve the documents for order numbers 17070133, 17070287, 17070225, 17070175, 17070195, 17070259.<br>Sent POS for signature. | Served Additional Entities | 10.00 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 45.00 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.

Customer Support I Ph: 1-800-938-8815

# CONFIRMATION For Process Serving

# ONE LEGAL LLC



**This is not an Invoice**

| | | | |
|---|---|---|---|
| **ONE LEGAL CONFIRMATION FOR ORDER NO.:** | 17070175 | **DATE:** | 10/20/2021 |

| | | | |
|---|---|---|---|
| **Customer:** | Quill & Arrow, LLP | **Attorney:** | Kevin Jacobson |
| **Customer No.** | 0131828 | **Attorney e-mail:** | kjacobson@quillarrowlaw.com |
| **Address:** | Los Angeles, CA 90024 | **Contact:** | Nicholas Yowarski |
| | | **Contact e-mail:** | nyowarski@quillarrowlaw.com |
| | | **Contact Phone:** | (310) 933-4271 |
| | | **Contact Fax:** | |
| | | **Law Firm File No.:** | Davis, Gregory et al v MB |

### CASE INFORMATION:

| | |
|---|---|
| **Case Number:** | 2:21-CV-00174-KJM-KJN |
| **County** | |
| **Court:** | United States District Court, Eastern District of California |
| **Case Short Title:** | Gregory Davis, et al. vs. Mercedes-Benz USA, LLC, et al. |

| **DOCUMENTS RECEIVED:** | **No. Docs:** 2 | **No. Pgs:** 8 |
|---|---|---|

Subpoena to Testify at a Deposition in a Civil Action; Plaintiff's Notice of Taking Deposition

| | | | |
|---|---|---|---|
| **Party to Serve:** | Mercedes-Benz of Sacramento's Technician # 1813 | **Service Address:** | 1810 Howe Ave Sacramento, CA 95825 |

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| **Service Status:** Service Complete | Served Additional Entities | 10.00 |
| Per customer request, please subserve the documents for order numbers 17070133, 17070287, 17070225, 17070175, 17070195, 17070259. Sent POS for signature. | Witness Fees | 35.00 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 45.00 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.
Customer Support I Ph: 1-800-938-8815

# EXPERT WITNESS COSTS AND EXPENSES

**QUILL & ARROW • LLP**
10900 WILSHIRE BLVD STE 300
LOS ANGELES, CA 90024-6536

WELLS FARGO BANK, N.A.
www.wellsfargo.com
16-24/1220

1968

12-14-21

PAY TO THE ORDER OF: Darrell Blasjo    $5,012.85

Five thousand twelve and eighty-five cents — DOLLARS

MEMO: Greg Davis v. Benz — VI Fees

AUTHORIZED SIGNATURE

QUILL & ARROW LLP                                         1968

QUILL & ARROW LLP                                         1968

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10900 Wilshire Boulevard, Los Angeles, California 90024.

On <u>May 6, 2022</u>, I served the following document(s) described as:

## BILL OF COSTS

That document was served on parties herein in this proceeding as follows:

## SEE ATTACHED SERVICE LIST

**[] (BY MAIL)** I am "readily familiar" with the practices of QUILL & ARROW LLP, in collecting and processing correspondence and documents for mailing. Under that practice, documents for mailing would be deposited with the US Postal Service on that same day this affidavit is signed with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date is more than 1-day after the day of deposit for mailing the affidavit. [CCP § 1013]

[] **(BY OVERNIGHT MAIL)** I am "readily familiar" with the practices of QUILL & ARROW LLP, for collection and processing of documents for mailing via overnight delivery. I caused such document(s) to be placed in a sealed envelope designated by the overnight service carrier, addressed to the person(s) on whom it is to be served pursuant to the attached service list, and deposited said envelope in a box or other facility regularly maintained by the overnight service carrier with delivery fees paid or provided for. [CCP § 1013(c)]

[X] **(BY ELECTRONIC MAIL)** I caused the document(s) to be transmitted by electronic mail to the e-mail addresses for each party indicated on the attached service list.

**[] (BY PERSONAL DELIVERY)** I caused to be delivered such envelope by hand to the addressee at the address indicated on the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on <u>May 6, 2022</u>.

/s/ <u>Cody Spencer</u>
Cody Spencer

## **SERVICE LIST**

| | |
|---|---|
| Soheyl Tahsildoost<br>st@thetafirm.com<br>eservice@thetafirm.com<br>**THETA LAW FIRM, LLP**<br>15901 Hawthorne Blvd., Suite 270<br>Lawndale, CA 90260 | *Counsel for Defendant* |